IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **06-cv-02146-AP**

**HENRY MONROE**,

    Plaintiff,

v.

**LINDA S. McMAHON, Acting Commissioner of Social Security**

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Ann J. Atkinson
Attorney at Law
7960 S. Ireland Way
Aurora, CO  80016-1904
(303) 680-1881
(303) 680-7891 (facsimile)

<u>For Defendant</u>:
Teresa H. Abbott
Special Assistant United States Attorney

*Mailing Address:*
*1961 Stout Street, Suite 1001A*
*Denver, Colorado  80294*

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (facsimile)

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:** October 26, 2006

    B.    **Date Complaint Was Served on U.S. Attorney's Office:**  November 2, 2006

    C.    **Date Answer and Administrative Record Were Filed**: January 3, 2007

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties state that the record is complete.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties state that there is no additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case raises no unusual claims or defenses.

**7.    OTHER MATTERS**

None.

**8.    PROPOSED BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:**  February 23, 2007

    B.    **Defendant's  Response Brief Due:**   March 26, 2007

    C.    **Plaintiff's  Reply Brief (If Any) Due:**  April 10, 2007

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

      A.     **Plaintiff's Statement:**  Plaintiff does not request oral argument.

      B.     **Defendant's Statement:**  Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

      A.     **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      B.     **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

      DATED this 24th day of January, 2007

                              BY THE COURT:

                              *S/John L. Kane*
                              U.S. DISTRICT COURT JUDGE

APPROVED:

s/   Ann J. Atkinson  
Ann J. Atkinson  
Attorney at Law  
7960 S. Ireland Way  
Aurora, CO  80016-1904  
(303) 680-1881  
AtkinsonAJ@aol.com

Attorney for Plaintiff

TROY A. EID  
UNITED STATES ATTORNEY

s/Kurt J. Bohn  
KURT J. BOHN

Assistant U.S. Attorney  
1225 Seventeenth Street, Suite 700  
17th Street Plaza  
Denver, Colorado 80202  
Telephone: (303) 454-0100  
kurt.bohn@usdoj.gov

s/Teresa H. Abbott  
By: Teresa H. Abbott  
Special Assistant U.S. Attorney  
teresa.abbott@ssa.gov

*Mailing Address:*  
1961 Stout St., Suite 1001A  
Denver, Colorado  80294

*Street Address:*  
United States Attorney's Office  
1225 Seventeenth Street, Suite 700  
Denver, Colorado  80202  
Telephone:  (303) 454-0100

Attorney for Defendant(s)